Same case below, 643 F.3d 622.

No. 11-7474. Jorge Muentes, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1053, 181 L. Ed. 2d 773, 2012 U.S. LEXIS 254.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-7476. Brandon Laureys, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1053, 181 L. Ed. 2d 773, 2012 U.S. LEXIS 129.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 397 U.S. App. D.C. 339, 653 F.3d 27.

No. 11-7477. Lyndon Marlon Baptist, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1053, 181 L. Ed. 2d 773, 2012 U.S. LEXIS 17.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 646 F.3d 1225.

No. 11-7478. Jonathan Shub, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1053, 181 L. Ed. 2d 773, 2012 U.S. LEXIS 244.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-7479. Ollie Otis Reaves, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1053, 181 L. Ed. 2d 773, 2012 U.S. LEXIS 83.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 440 Fed. Appx. 140.

No. 11-7482. Mary Elizabeth Schipke, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1054, 181 L. Ed. 2d 773, 2012 U.S. LEXIS 281.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 446 Fed. Appx. 51.

No. 11-7485. Roy Toves Cabaccang, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1054, 181 L. Ed. 2d 773, 2012 U.S. LEXIS 78.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-7487. Reginald Mimms, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1054, 181 L. Ed. 2d 773, 2012 U.S. LEXIS 301.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 440 Fed. Appx. 192.